In the Matter of the Claim of DOROTHY WEISBERG, Respondent, v. WHITE EAGLE BAKERY et al., Appellants, and GLENS FALLS INSURANCE COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—REYNOLDS, J.

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Reynolds, J.